

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00877-CV

**LEE'S MOTOR CO., LLC**,
Appellant

v.

Manuel G. **MUNOZ**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV07375
Honorable Timothy Johnson, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: May 14, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on March 31, 2025. On April 15, 2025, we ordered appellant to file its brief and to show cause in writing by April 25, 2025, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See id.* Costs of the appeal are taxed against appellant.

PER CURIAM